Kenneth W. BARKSDALE,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.

No. 02–6565.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Kenneth W. Barksdale, Appellant Pro Se. Mary Kathleen Beatty Martin, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Kenneth W. Barksdale seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Barksdale v. Angelone*, No. CA–00–1726–AM (E.D.Va. Mar. 18, 2002). We deny Barksdale's motions to compel discovery and to suppress. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*